608

New York State Association of Nurse Anesthetists, Respondent, v Antonia C. Novello, as Commissioner of Health, et al., Appellants.

Submitted January 26, 2004; decided February 12, 2004

Motion by American Association of Nurse Anesthetists for leave to appear amicus curiae on the appeal herein granted to the extent that the proposed brief is accepted as filed.

In the Matter of Notre Dame Leasing, LLC, Respondent, v Alexandra Rosario et al., Appellants.

Submitted January 26, 2004; decided February 12, 2004

Motion by City of New York for leave to appear amicus curiae on the appeal herein granted to the extent that 20 copies of a brief may be filed and three copies served within 10 days.

Thomas E. O'Brien et al., Respondents, v Town of Huntington et al., Appellants. Board of Trustees of the Town of Huntington, Nonparty Appellant. (Action No. 1.)

Thurston K. Whitson et al., Respondents, v Town of Huntington et al., Appellants. Board of Trustees of the Town of Huntington, Nonparty Appellant. (Action No. 2.)

Ruth Terry et al., Respondents, v Town of Huntington et al., Appellants. Board of Trustees of the Town of Huntington, Nonparty Appellant. (Action No. 3.)

Royce W. Tabor et al., Respondents, v Town of Huntington et al., Appellants. Board of Trustees of the Town of Huntington, Nonparty Appellant. (Action No. 4.)

Margaret Lockhart et al., Respondents, v Town of Huntington et al., Appellants. Board of Trustees of the Town of Huntington, Nonparty Appellant. (Action No. 5.)

Robert D. Deasy et al., Respondents, v Town of Huntington et al., Appellants. Board of Trustees of the Town of Huntington, Nonparty Appellant. (Action No. 6.)

ROBERT D. DEASY et al., Respondents, v BROAD HOLLOW ESTATES, INC., Appellant. BOARD OF TRUSTEES OF THE TOWN OF HUNTINGTON, Nonparty Appellant. (Action No. 7.)

Submitted December 15, 2003; decided February 12, 2004

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the actions within the meaning of the Constitution and is not an order of the type provided for in CPLR 5602 (a) (2).

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDERICK FABRICIO, Appellant.

Submitted February 9, 2004; decided February 12, 2004

Motion for assignment of counsel granted and Richard M. Greenberg, Esq., Office of the Appellate Defender, 45 West 45th Street, 7th Floor, New York, NY 10036 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL HENRIQUEZ, Appellant.

Submitted January 26, 2004; decided February 12, 2004

Motion for assignment of counsel granted and Laura Johnson, Esq., The Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH H. PAYNE, Appellant.

Submitted January 26, 2004; decided February 12, 2004

Motion for assignment of counsel granted and Robert C. Mitchell, Esq., Legal Aid Society of Suffolk County, Appeals Bureau, Arthur M. Cromarty Court Complex, 300 Center Drive,